IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARVIN MUHAMMAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16-CV-4311 |
| vs. ) | |
| ) | |
| HARLEY-DAVIDSON OF VALPARAISO, INC., ) | |
| an Indiana Corporation, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

NOW COMES, Plaintiff, Marvin Muhammad, by and through his attorney Yao O. Dinizulu of Dinizulu Law Group, Ltd., hereby complains against Defendants, as follows:

## PARTIES AND VENUE

1. At all relevant times, Plaintiff Marvin Muhammad was a resident and citizen of Chicago, County of Cook, State of Illinois.

2. At all relevant times, Defendant Harley-Davidson of Valparaiso, Inc. is an Indiana Corporation, doing business in Michigan City, LaPorte County, Indiana.

3. Jurisdiction is proper pursuant to 28 USC §1332.

4. That the amount in controversy exceeds the jurisdictional limit of this court.

## GENERAL ALLEGATIONS

5. Plaintiff incorporates paragraphs 1-4 as if fully stated herein.

6. Defendant advertised a Harley-Davidson Motorcycle, VIN 1HD4NBB11FC510450 for sale.

7. On May 19, 2015, a Harley-Davidson Motorcycle, VIN 1HD4NBB11FC510450, was purchased by Marvin Muhammad from Defendant Harley-Davidson of Valparaiso, Inc., located at 2968 N. US Highway 421, Michigan City, IL 46360.

8. On May 19, 2015, Harley-Davidson Motorcycle, VIN 1HD4NBB11FC510450, had 3 miles on it.

9. On May 23, 2015, Marvin Muhammad drove Harley-Davidson Motorcycle, VIN 1HD4NBB11FC510450, in a reasonable and safe manner in the City of Chicago, State of Illinois. However, as he turned the corner, the front metal rod that held the front wheel of the motorcycle broke, causing him to become injured.

10. On May 23, 2015, Harley-Davidson Motorcycle, VIN 1HD4NBB11FC510450, had 3 miles on it when the accident occurred.

11. As a result of the defective rod, Plaintiff was injured.

## COUNT I – NEGLIGENCE
## HARLEY-DAVIDSON OF VALPARAISO, INC.

12. Plaintiff incorporates paragraphs 1-11 as if fully stated herein.

13. At all times relevant to this action, Defendant had a duty to exercise reasonable care in the sale of motorcycles, including Harley-Davidson Motorcycle, VIN 1HD4NBB11FC510450.

14. At all times relevant to this action, Defendant had a duty to warn all consumers of the risks and dangers of the defective condition of the motorcycle.

15. At all times relevant to this action, Defendant knew or reasonably should have known that the motorcycle was unreasonably dangerous and defective when used as directed and as designed.

16. Based on what they knew or reasonably should have known, the Defendants deviated from principles of due care, deviated from the standard of care, and were otherwise negligent in one or more of the following particulars:

    a. In failing to conduct tests and studies necessary to determine whether the motorcycle was dangerous for use prior to placing the motorcycle on sale for purchase;

    b. Selling a defective motorcycle to Plaintiff;

    c. In failing to instruct or warn the community that the motorcycle was defective.

17. The product defects alleged above were a substantial contributing cause of the injuries and damages suffered by Plaintiff.

18. The injuries and damages suffered by Plaintiff was the reasonably foreseeable results of Defendants' negligence.

19. As a direct and proximate cause of the Defendant's negligence, Plaintiff suffered physical injuries, medical expenses, loss of normal life, and pain and suffering. In addition, Plaintiff has suffered lost wages and lost earning capacity, mental distress and anguish and has suffered permanent impairment, and other damages.

WHEREFORE, Plaintiff Marvin Muhammad, requests Judgment against Defendant Harley-Davidson of Valparaiso, Inc. in excess of the jurisdictional amount of this courts and all other all other compensation this Court deems appropriate.

## COUNT II – STRICT PRODUCTS LIABILITY

## HARLEY-DAVIDSON OF VALPARAISO, INC.

20. Plaintiff incorporates paragraphs 1-15 as if fully stated herein.

21. Defendant was engaged in the business of marketing and selling motorcycles and placed them into the stream of commerce, including Harley-Davidson Motorcycle, VIN 1HD4NBB11FC510450.

22. Plaintiff is in the class of persons that the Defendant should reasonably foresee as being subject to the harm caused by sale of a defectively designed motorcycle.

23. At all relevant times, Harley-Davidson Motorcycle, VIN 1HD4NBB11FC510450, was in a unreasonably defective condition that made it unreasonably dangerous beyond the extent contemplated by ordinary users with ordinary knowledge regarding these products, and was in a defective condition when it left Defendants' control.

24. Defendant knew or should have known that Harley-Davidson Motorcycle, VIN 1HD4NBB11FC510450, was in a defective condition that made it unreasonably dangerous.

25. Defendant had a duty to warn the public of such dangers or to sell a reasonably safe product.

26. Defendant failed to warn the public, including Plaintiff, of the defective condition of Harley-Davidson Motorcycle, VIN 1HD4NBB11FC510450.

27. Defendant failed to see a reasonably safe product, Harley-Davidson Motorcycle, VIN 1HD4NBB11FC510450, to Plaintiff.

28. As a result of the a defective condition that made Harley-Davidson Motorcycle, VIN 1HD4NBB11FC510450, unreasonably dangerous, Plaintiff Marvin Muhammad was injured.

29. The product defects alleged above were a substantial contributing cause of the injuries suffered by Plaintiff, which include physical injuries, medical expenses, loss of normal life, and pain and suffering. In addition, Plaintiff has suffered lost wages and lost earning capacity, mental distress and anguish and has suffered permanent impairment, and other damages.

WHEREFORE, Plaintiff Marvin Muhammad, requests Judgment against Defendant Harley-Davidson of Valparaiso, Inc. in excess of the jurisdictional amount of this courts and all other all other compensation this Court deems appropriate.

Respectfully submitted,

DINIZULU LAW GROUP, LTD.

By: s/ Yao O. Dinizulu
Yao O. Dinizulu
Plaintiff's Attorney

Yao O. Dinizulu
DINIZULU LAW GROUP, LTD.
221 N. LaSalle, Suite 1100
Chicago, IL 60601
Telephone: (312) 384-1920
Facsimile: (312) 384-1921
Dinizulu@dinizululawgroup.com
ARDC No. 6242794