IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISON

| | | |
|---|---|---|
| MARVIN MUHAMMAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:16-CV-4311 |
| vs. | ) | |
| | ) | Judge Thomas M. Durkin |
| HARLEY-DAVIDSON OF VALPARAISO, INC., | ) | |
| an Indiana Corporation, HARLEY-DAVIDSON | ) | |
| MOTOR COMPANY, INC., a Wisconsin Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION FOR PLAINTIFF MARVIN MUHAMMAD**

Pursuant to Local Rule 83.17 of the Northern District of Illinois, attorney of record Yao O. Dinizulu and the Dinizulu Law Group, Ltd. seeks leave to withdraw as Plaintiff Marvin Muhammad's counsel of record, for irreconcilable differences. Attached hereto is the Notification of Party Contact Information.

Respectfully Submitted,

DINIZULU LAW GROUP, LTD.

By: _/s/Yao O. Dinizulu_(6242794)____
Attorney for Plaintiff
DINIZULU LAW GROUP, LTD.
221 N. LaSalle, Suite 1100
Chicago, IL 60601
Telephone: (312) 384-1920
Facsimile: (312) 384-1921
Dinizulu@dinizululawgroup.com

## **CERTIFICATE OF SERVICE**

I, Yao O. Dinizulu, hereby certify that on the 12th day of September 2016, the foregoing pleading was filed electronically. Notice of this electronic filing was sent via the Court's electronic system to:

Anthony P. Steinike
Lindsey T. Millman
QUARLES & BRADY LLP
300 N LaSalle, Suite 4000
Chicago, IL 60654
Phone: 312-715-5000
Fax: 312-715-5155

        Respectfully Submitted,

        DINIZULU LAW GROUP, LTD.

By:    /s/Yao O. Dinizulu (6242794)
        Attorney for Plaintiff
        DINIZULU LAW GROUP, LTD.
        221 N. LaSalle, Suite 1100
        Chicago, IL 60601
        Telephone: (312) 384-1920
        Facsimile: (312) 384-1921
        Dinizulu@dinizululawgroup.com